BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
Richard L. Stuhlbarg (SBN: 180631)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:   310/ 768-3068
Fax No:  310/ 719-1019

BOWMAN AND BROOKE LLP
Michael J. Hurvitz (SBN: 249050)
Ian G. Schuler (SBN:  275052)
750 B. Street, Suite 1740
San Diego, CA 92101
Tel No:   619/ 376-2500
Fax No:  619/ 376-2501

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN MCDONALD, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: '17CV2011 CAB BLM<br><br>**(Removed from San Diego County Superior Court Case No. 37-2017-00025907-CU-BC-CTL)**<br><br>Judge:<br>Magistrate:<br><br>**DECLARATION OF MICHAEL HURVITZ IN SUPPORT OF BMW OF NORTH AMERICA, LLC'S NOTICE OF REMOVAL**<br><br>Action Filed: |

# DECLARATION OF MICHAEL HURVITZ

I, Michael Hurvitz, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and the Southern District Court. I am senior counsel at Bowman and Brooke LLP, attorneys of record for BMW of North America, LLC ("BMW NA"). I have personal knowledge of all the facts set forth herein, and if called upon to do so by the court, could and would testify competently thereto.

2. A true and correct copy of Plaintiff's Summons, Complaint and Service of Process is attached hereto as Exhibit A.

3. BMW NA was served through its registered agent CT Corp. on July 24, 2017. Ex. A.

4. A true and correct copy of BMW NA's Answer, which was filed on August 21, 2017, is attached hereto as Exhibit B.

5. Plaintiff did not contain a dollar amount in the prayer or anywhere else in his Complaint. Ex. A.

6. The subject vehicle was sold by BMW of Encinitas, which is a separate corporate entity from BMW NA.

7. BMW NA was not in possession, custody or control of the sales contact for the subject vehicle, when the Complaint was served, or at any point prior.

8. After being served with the Complaint, I reached out to BMW of Encinitas to obtain a copy of the Retail Installment Sales Contract for the subject vehicle. I was told by BMW of Encinitas that they would not produce a copy without a subpoena. I served BMW with a subpoena to produce documents on September 6, 2017. A copy of the subpoena served on BMW Encinitas is attached as Exhibit C.

9. Counsel for BMW Encinitas provided me with a courtesy copy of the Retail Installment Sales Contract for the subject vehicle on September 25, 2017.

1  The RISC shows that the total purchase price of the subject vehicle was
2  $104,721.50.  It was on that date that BMW NA received, through service or
3  otherwise, a copy of the pleading, Motion, Order or other paper from which it
4  could first be ascertained that the case is one which is removable.  A copy of the
5  email from BMW of Encinitas' counsel and the RISC are attached as Exhibit D.
6      10.   Plaintiff Ian McDonald, at the time this action was commenced, was
7  and still is a citizen of the State of California.  Specifically, Plaintiff was and still
8  is domiciled in San Diego, California, which is reflected not just by his allegations
9  that he is a resident of San Diego County, but also repair orders with his San
10 Diego address both immediately before and after he filed his Complaint.  See Ex.
11 D.
12      11.   limited liability company organized under the laws of the State of
13 Delaware, with its principal place of business in the State of New Jersey, and was
14 not and is not organized under the laws of the State of California, wherein this
15 action was brought.  The sole member of BMW NA is BMW (US) Holding Corp.,
16 which was and still is organized under the laws of the State of Delaware, with its
17 principal place of business in the State of New Jersey, and was not and is not
18 organized under the laws of the State of California, wherein this action was
19 brought.
20      12.   This action arises out of Plaintiff's purchase of a new 2012 BMW
21 650i VIN: WBALZ3C50CDL71259, which he purchased on July 15, 2011 from
22 BMW of Encinitas with a total sales price of $104,721.50.  See Ex. D.
23     I declare under penalty of perjury under the laws of the United States of
24 America that the foregoing is true and correct.
25     Executed this 29th day of September, 2017, at San Diego, California.

             /s/Michael Hurvitz
             Michael Hurvitz

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, I served the following party at the last known address(es) in this action by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

| | |
|---|---|
| Christine Haw, Esq.<br>Yoon Kim, Esq.<br>STRATEGIC LEGAL PRACTICES, APC<br>1840 Century Park East, Suite 430<br>Los Angeles, California 90067 | Attorneys for Plaintiff<br>Tel: 310/ 929-4900<br>Fax: 310/ 943-3838<br>Email: chaw@slpattorney.com<br>ykim@slpattorney.com |

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 29, 2017, at San Diego, California.

BOWMAN AND BROOKE LLP

By: /s/ *Michael J. Hurvitz*
Brian Takahashi
Richard L. Stuhlbarg
Michael J. Hurvitz
Ian G. Schuler
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC