# Exhibit C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **MICHAEL J. HURVITZ, ESQ.**   SB# 249050 **BOWMAN AND BROOKE LLP** 750 B STREET, STE.,#1740 SAN DIEGO, CA 92101   TELEPHONE NO.: 619/376-2504   FAX NO.: 619/376-2501   E-MAIL ADDRESS:   ATTORNEY FOR (Name): DEFENDANT - BMW OF NORTH AMERICA, LLC | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: HALL OF JUSTICE-CENTRAL DIVISION-UNLIMITED CIVIL

PLAINTIFF/ PETITIONER:   IAN MCDONALD

DEFENDANT/ RESPONDENT:   BMW OF NORTH AMERICA, LLC

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: 37201700025907CUBCCTL |
|---|---|

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO** (name, address, and telephone number of deponent, if known):
Custodian of Records For:     BMW OF ENCINITAS
1302 ENCINITAS BLVD.  ENCINITAS, CA 92024                                          760/335-6124

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

| To (name of deposition officer): Quest Discovery Services | PH:(310) 769-5557   FX:(310) 769-1466 |
|---|---|
| On (date): 09/29/17 | At (time): 9:30 A.M. |
| Location (address): 1515 W 190TH ST STE 410 GARDENA, CA 90248-4912 | |
| **Do not release the requested records to the deposition officer prior to the date and time stated above.** | |

   a. ☒ by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.
   b. ☐ by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).
   c. ☐ by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows (if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified): RE: PLEASE SEE DESCRIPTION OF RECORDS

   ☒ Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued:   09/06/17

MICHAEL J. HURVITZ, ESQ.
(TYPE OR PRINT NAME)                                              ▶
                                                                  (SIGNATURE OF PERSON ISSUING SUBPOENA)
                                                  Attorney For   DEFENDANT - BMW OF NORTH AMERICA, LLC
                                                                  (TITLE)

(Proof of service on reverse)                                                            Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-010 [Rev. January 1, 2012]

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Code of Civil Procedure,§§ 2020.410-2020.440;
Government Code § 68097.1
/ DEPSUBBUSREC

# ATTACHMENT A

BMW of Encinitas
Attention: Custodian of Records
1302 Encinitas Blvd
Encinitas, CA 92024

All documents and records relating to:

**Vehicle: 2012 650i Convertible**
**VIN: WBALZ3C50CDL71259**

Including but not limited to the following:

1. Sales File for the subject vehicle.

1

18503268v1

LAS704551

**SUBP-025**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MICHAEL J. HURVITZ, ESQ.   SB# 249050<br>BOWMAN AND BROOKE LLP<br>750 B STREET, STE.,#1740  SAN DIEGO, CA 92101 | |
| TELEPHONE NO.: 619/376-2504   FAX NO. (Optional): 619/376-2501<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): DEFENDANT - BMW OF NORTH AMERICA, LLC | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 WEST BROADWAY<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: HALL OF JUSTICE-CENTRAL DIVISION-UNLIMITED CIVIL | |
| PLAINTIFF/ PETITIONER: IAN MCDONALD<br>DEFENDANT/ RESPONDENT: BMW OF NORTH AMERICA, LLC | CASE NUMBER: 37201700025907CUBCCTL |
| **NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**<br>(Code Civ. Proc., §§ 1985.3, 1985.6) | |

## NOTICE TO CONSUMER OR EMPLOYEE

TO (name): IAN MCDONALD c/o YOON KIM, ESQ.

1. PLEASE TAKE NOTICE THAT **REQUESTING PARTY** (name): BMW OF NORTH AMERICA, LLC
   SEEKS YOUR RECORDS FOR EXAMINATION by the parties to this action on (specify date): 09/29/17

   The records are described in the subpoena directed to **witness** (specify name and address of person or entity from whom records are sought): Custodian of Records: BMW OF ENCINITAS
   A copy of the subpoena is attached.  1302 ENCINITAS BLVD. ENCINITAS, CA 92024

2. IF YOU OBJECT to the production of these records, YOU MUST DO ONE OF THE FOLLOWING BEFORE THE DATE SPECIFIED. IN ITEM a. OR b. BELOW:
   a. If you are a party to the above-entitled action, you must file a motion pursuant to Code of Civil Procedure section 1987.1 to quash or modify the subpoena and give notice of that motion to the **witness** and the **deposition officer** named in the subpoena at least five days before the date set for production of the records.
   b. If you are not a party to this action, you must serve on the **requesting party** and on the **witness**, before the date set for production of the records, a written objection that states the specific grounds on which production of such records should be prohibited. You may use the form below to object and state the grounds for your objection. You must complete the Proof of Service on the reverse side indicating whether you personally served or mailed the objection. The objection should **not** be filed with the court. WARNING: IF YOUR OBJECTION IS NOT RECEIVED BEFORE THE DATE SPECIFIED IN ITEM 1, YOUR RECORDS MAY BE PRODUCED AND MAY BE AVAILABLE TO ALL PARTIES.

3. YOU OR YOUR ATTORNEY MAY CONTACT THE UNDERSIGNED to determine whether an agreement can be reached in writing to cancel or limit the scope of the subpoena. If no such agreement is reached, and if you are not otherwise represented by an attorney in this action, YOU SHOULD CONSULT AN ATTORNEY TO ADVISE YOU OF YOUR RIGHTS OF PRIVACY.

Date: 09/06/17

MICHAEL J. HURVITZ, ESQ.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF ☐ REQUESTING PARTY ☒ ATTORNEY)

## OBJECTION BY NON-PARTY TO PRODUCTION OF RECORDS

1. ☐ I object to the production of all of my records specified in the subpoena.
2. ☐ I object only to the production of the following specified records:


3. The specific grounds for my objection are as follows:


Date:

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE)

(Proof of service on reverse )

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-025 [Rev. January 1, 2008]

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**

Page 1 of 2
Code of Civil Procedure,
§§ 1985.3, 1985.6,
2020.010-202.510

| | |
|---|---|
| PLAINTIFF/PETITIONER: IAN MCDONALD | LA S7 04 551 - LAS704551  **SUBP-025** |
| DEFENDANT/RESPONDENT: BMW OF NORTH AMERICA, LLC | CASE NUMBER: 37201700025907CUBCCTL |

## PROOF OF SERVICE OF NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION
(Code Civ. Proc., §§ 1985.3, 1985.6)

[X] Personal Service   [ ] Mail

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. I served a copy of the *Notice to Consumer or Employee and Objection* as follows (check either a or b):
   a. [X] **Personal service.** I personally delivered the *Notice to Consumer or Employee and Objection* as follows:
      (1) Name of person served: Patty Gomez
      (2) Address where served: YOON KIM, ESQ.
      1840 CENTURY PARK EAST, #430  LOS ANGELES, CA 90067
      (3) Date served: 9/7/17
      (4) Time served: 2:00
   b. [ ] **Mail.** I deposited the *Notice to Consumer or Employee and Objection* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
      (1) Name of person served:
      (2) Address:
      (3) Date of mailing:
      (4) Place of mailing (city and state):

      (5) I am a resident of or employed in the county where the *Notice to Consumer or Employee and Objection* was mailed.
   c. My residence or business address is (specify): **Business: 1515 W 190TH ST STE 410 GARDENA, CA  90248-4912**
   d. My phone number is (specify): **Business: (310) 769-5557**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 9/7/17

Yolanda Carreno
(TYPE OR PRINT NAME OF PERSON WHO SERVED)

▶ Yolanda Carreno
(SIGNATURE OF PERSON WHO SERVED)

## PROOF OF SERVICE OF OBJECTION TO PRODUCTION OF RECORDS
(Code Civ. Proc., §§ 1985.3, 1985.6)

[ ] Personal Service   [ ] Mail

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. I served a copy of the *Objection to Production of Records* as follows (complete either a or b):
   a. ON THE REQUESTING PARTY
      (1) [ ] **Personal service.** I personally delivered the *Objection to Production of Records* as follows:
         (i) Name of person served:
         (ii) Address where served:
         (iii) Date served:
         (iv) Time served:

      (2) [ ] **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
         (i) Name of person served:
         (ii) Address:
         (iii) Date of mailing:
         (iv) Place of mailing (city and state):

         (v) I am a resident of or employed in the county where the *Objection to Production of Records* was mailed.
   b. ON THE WITNESS
      (1) [ ] **Personal service.** I personally delivered the *Objection to Production of Records* as follows:
         (i) Name of person served:
         (ii) Address where served:
         (iii) Date served:
         (iv) Time served:

      (2) [ ] **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
         (i) Name of person served:
         (ii) Address:
         (iii) Date of mailing:
         (iv) Place of mailing (city and state):

         (v) I am a resident of or employed in the county where the *Objection to Production of Records* was mailed.
3. My residence or business address is (specify):
4. My phone number is (specify):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▶

(TYPE OR PRINT NAME OF PERSON WHO SERVED)        (SIGNATURE OF PERSON WHO SERVED)        Page 2 of 2

SUBP-025 [Rev. January 1, 2008]    **NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**